IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**RACEWAY, LLC**                                                                                   **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO. 3:05CV368-HTW-LRA**

**BRET RICKY and**
**DRIVERS SEAT TECHNOLOGIES**                                      **DEFENDANT**

**AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS DAY this cause came on for hearing on Motion *Ore Tenus* of the Plaintiff/Counter-Defendant and the Defendants/Counter-Plaintiffs, for the entry of a Final Judgment of Dismissal in this matter, and these parties having advised the Court that all claims between the parties have been compromised and settled, the Court therefore finds that said motion is well taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that all claims of the parties are hereby forever and finally dismissed with prejudice, and that this matter is dismissed with prejudice.

IT IS FURTHER AND ADJUDGED that this order is to be entered as a final judgment in this matter.

SO ORDERED AND ADJUDGED this the 29th day of May, 2008.

                                                              **s/ HENRY T. WINGATE**
                                                              **CHIEF UNITED STATES DISTRICT JUDGE**

Agreed and Approved

/s/Michael V. Cory, Jr.
Michael V. Cory, Jr.
Attorney for Plaintiff/Counter-Defendant Raceway, LLC


/s/Brett Ricky
Drivers Seat Technologies and Brett Ricky, Individually (Pro Se)
Defendants/Counter-Plaintiffs